Christian N. Bataille
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: chrsbataille@cs.com
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALORIE DANIELS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. |

## **COMPLAINT**

Comes now plaintiff, and for her Complaint, states and alleges as follows:

JURISDICTIONAL ALLEGATIONS

1. Plaintiff Valorie Daniels, at all times pertinent, was a resident of the state of Alaska and a patient of Maniilaq Association.

2. Maniilaq Association is a Medical Services Contractor providing medical services in and around Kotzebue, Alaska, under an Indian Health Services contract (Pub.L. 93-638, 88 Stat. 2206) with the United States of America. Pursuant to 25 USC 450f(d) and 28 USC 233(a), Maniilaq Association, as an Indian Health Services

Complaint
*Daniels v. USA*
Page 1

Contractor, is deemed to be to be a part of the Public Health Service of the United States Department of Health and Human Resources with regard to any negligent actions of Maniilaq Association or its employees performed in the course and scope of the contract. Therefore, pursuant to 28 USC 1346, 2401(b), 2671-2680 (FTCA), the United States of America is liable for any negligent actions of Maniilaq Association, or it's direct or contract employees.

3. This Court has jurisdiction over this matter pursuant to 28 USC 1346, 2401(b) and 2771-2680(FTCA).

4. Plaintiff filed an administrative claim for compensation with the United States for the injuries alleged in this Complaint on or before June 20, 2008. More than six months has passed since the filing of plaintiff's administrative claim without response or action by the United States. Accordingly, plaintiff has exhausted his administrative remedies for the conduct alleged in the Complaint, permitting plaintiff to file an action for her injuries in the United States District Court for the District of Alaska.

## FACTS

5. On or about June 20, 2006, plaintiff Valorie Daniels sought treatment at the emergency room of the Kotzebue hospital facility operated by Maniilaq Association and was referred to and treated by Physician's Assistant Chuck Luck. At all times pertinent, Physician's Assistant Chuck Luck was acting in the course and scope of his employment with Maniilaq Association.

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Complaint
*Daniels v. USA*
Page 2

6. Physician's Assistant Luck treated plaintiff by having her ingest orally a phosphorous fleet enema. Physician's Assistant Luck also instructed plaintiff Valorie Daniels to take orally a second phosphorous fleet enema later that evening at her home.

7. After returning home from being treated by Physician's Assistant Luck and prior to ingesting orally a second fleet enema as prescribed by Physician's Assistant Luck, a nurse from the emergency room of the Kotzebue hospital facility operated by Maniilaq Association, Michelle Oatman, telephoned plaintiff Valorie Daniels at her home and informed her that Physician's Assistant Luck had erroneously instructed her to ingest the phosphorous fleet enema orally earlier in the day and that she should drink copious amounts of water in an effort to mitigate the adverse effects of having orally ingested the phosphorous fleet enema. Ms. Oatman further instructed plaintiff Valorie Daniels to disregard the instruction of Physician's Assistant Luck to ingest orally a second phosphorous fleet enema that evening.

8. As a proximate and direct result of orally ingesting the phosphorous fleet enema prescribed by Physician's Assistant Luck, plaintiff has sustained and continues to suffer from a number of physical symptoms and conditions, including permanent esophageal injury and regurgitation/reflux syndrome. As a consequence of the injuries caused by her oral ingestion of the fleet enema, plaintiff is at significantly greater risk of developing future esophageal injuries including, but not limited to, esophageal related carcinoma.

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Complaint
*Daniels v. USA*
Page 3

9. As a direct and proximate result of the injuries caused by orally ingesting the phosphorous fleet enema prescribed by Physician's Assistant Luck on or about June 20, 2006, plaintiff Valorie Daniels has sustained past and future damages including, but not limited to, past and future loss of income, past and future medical expenses and past and future non-economic damages including pain, inconvenience, embarrassment, anxiety and loss of enjoyment of life.

WHEREFORE, plaintiff Valorie Daniels prays for the following relief:

1. Past and future economic and non-economic losses;

2. Prejudgment interest, costs and any applicable award of attorney's fees;

3. Any and all other relief deemed appropriate by the court.

DATED THIS 19TH DAY OF MAY, 2009.

    WALTHER & FLANIGAN
    COUNSEL FOR PLAINTIFF

By: _____
    s/ Christian N. Bataille, Ak.Bar #8406011
    1029 W. 3rd Ave., Ste 250
    Anchorage, Alaska, 99517-1014
    (907) 279-9999 Phone
    (907) 258-3804 Fax
    E-Mail: chrsbataille@cs.com