KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VALORIE DANIELS, | ) Case No. 3:09-cv-00098-RRB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS** |
| | ) **WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties stipulate that all claims which were asserted or which could

have been asserted by Plaintiff against the United States in this action may be

dismissed with prejudice, with each party to bear its own costs, expenses and

attorney's fees.

RESPECTFULLY SUBMITTED this 1st day of November, 2011, at

Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
Attorney for the United States


FLANIGAN AND BATAILLE

s/Christian N. Bataille (consent)
Attorney for Plaintiff
1029 W. 3rd Ave., Ste. 250
Anchorage, AK 99501
Phone: (907) 279-9999
Email: cbataille@farnorthlaw.com
AK# 8406011


**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2011, a copy of the foregoing
**STIPULATION TO DISMISS WITH PREJUDICE**
was served electronically on:

Chris Bataille


s/ Gary M. Guarino


Daniels v. USA
Case No. 3:09-cv-00098-RRB          2